IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE ROBERT INGLES**                                                         **PETITIONER**
*ADC #173885*

V.                              **CASE NO. 4:24-cv-00983-DPM-JTK**

**DEXTER PAYNE**                                                                   **RESPONDENT**
*Director, ADC*

### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge D. P. Marshall, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Lawrence Robert Ingles ("Ingles") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1) The Court received a notification that mail had been returned to the clerks office as "undeliverable" on April 21, 2025. (Doc. No. 12) There was a hand written note indicating Petitioner was on parole. (*Id.*) The Court ordered Petitioner to respond within thirty days showing why their petition should not be dismissed as moot on May 15, 2025. (Doc. No. 13) Petitioner was notified that his failure to comply with the order within 30 days may result in the dismissal of his petition pursuant to Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. (Doc. No. 13)

1

Specifically, Local Rule 5.5(c)(2) provides the following:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

More than 30 days have passed since the entry of the May 15th order. Currently, Ingles has not provided his current address and has not responded to the Court's Order. Thus, it is recommended that this case be dismissed without prejudice and that judgment be entered accordingly.

DATED THIS 18th day of June, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE