IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE ROBERT INGLES**  **PETITIONER**
ADC # 173885

v.                           No. 4:24-cv-983-DPM

**DEXTER PAYNE, Director, ADC**  **RESPONDENT**

### ORDER

Unopposed recommendation, *Doc. 15*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Ingles's § 2254 petition, *Doc. 1*, will be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2025