IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE ROBERT INGLES                                       PETITIONER
ADC # 173885

v.                          No. 4:24-cv-983-DPM

DEXTER PAYNE, Director, ADC                                  RESPONDENT

## JUDGMENT

Ingles's § 2254 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2025